# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CLARENCE S. ALLEN,

    Plaintiff,

v.                                             CASE NO. 4:07cv279-RH/WCS

ASSISTANT ATTORNEY GENERAL,
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 7), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is dismissed without prejudice for failure to pay the filing fee." The clerk shall close the file.

SO ORDERED this 26th day of July, 2007.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge